DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEITRICK JOHNSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3518

[February 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 062009CF017837A88810.

Deitrick Johnson, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*